# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **UNITED STATES ex rel. JAMES KRAXBERGER**, | ) ) ) |
| Relator/Qui Tam Plaintiff, | ) ) Case. No. 11-CV-0590-W-FJG |
| v. | ) ) |
| **KANSAS CITY POWER & LIGHT CO.**, | ) ) |
| Defendant. | ) ) ) |

## ORDER

Currently pending before the Court is Relator's Motion for Leave to File Motion for Leave to File Amended Complaint Under Seal (Doc. No. 48), Relator's Motion to Seal Document with Request for Expedited Ruling (Doc. No. 62), and Defendant's Motion for Reconsideration (Doc. No. 63). Upon consideration of each parties' Motions, it is hereby ORDERED:

1. Defendant's Motion for Reconsideration (Doc. No. 63) is hereby **GRANTED** in part and **DENIED** in part. The Court vacates its previous order on Relator's Motion for Leave to File Motion for Leave to File Amended Complaint Under Seal (Doc. No. 48 & 61). All other requests in Defendant's Motion for Reconsideration (Doc. No. 63) are hereby **DENIED**.

2. Relator's Motion for Leave to File Motion for Leave to File Amended Complaint Under Seal (Doc. No. 48) is hereby **GRANTED**. Relator shall file its Motion for Leave to File Amended Complaint Under Seal **on or before February 12, 2013**. A

proposed amended complaint shall be filed with Relator's Motion for Leave to File Amended Complaint Under Seal.

3. Plaintiff's Motion to Seal Document with Request for Expedited Ruling (Doc. No. 62) is hereby **DENIED**.

4. Defendant's Motion to Dismiss (Doc. No. 20 & 21) is hereby **PROVISIONALLY DENIED** pending the Court's ruling on Relator's forthcoming Motion for Leave to File Amended Complaint Under Seal.

**IT IS SO ORDERED.**

Date: <u>February 5, 2013</u>　　　　　　　　　　**S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri　　　　　　　　　　　　Fernando J. Gaitan, Jr.
　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge