IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES ex rel. JAMES KRAXBERGER, | )<br>)<br>) |
| Relator/Qui Tam Plaintiff, | ) Case. No. 11-CV-0590-W-FJG |
| v. | )<br>)<br>) |
| KANSAS CITY POWER & LIGHT CO., | )<br>) |
| Defendant. | )<br>)<br>) |

## ORDER

This Court has entered a Protective Order to preserve the confidentiality of commercially sensitive, confidential, and proprietary information subject to discovery or otherwise revealed in this case. *See* Doc. No 55. In the event that materials designated as "Confidential" are provided to the United States pursuant to the conduct of this case, it is hereby **ORDERED** that the terms of the Protective Order apply in full to the United States. Accordingly, the parties' Joint Motion for Consent Order (Doc. No. 68) is hereby **GRANTED**.

**IT IS SO ORDERED.**

Date: <u>February 5, 2013</u>  **S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri  Fernando J. Gaitan, Jr.
  Chief United States District Judge